IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01833-RPM

ESMERALDA CASTANEDA,
JOSHUA J. PETERS,
ANDREW RUIZ,
ANGELICA GUTIERREZ,
JOANN S. LOPEZ,
MARIANO GALLEGOS,
TIM PRAEUNER,
DAWN ALLMER and
SAMUEL SANCHEZ,

    Plaintiffs,

v.

SWIFT BEEF COMPANY,
SWIFT & COMPANY, INC.
JBS SWIFT & COMPANY and
JBS S.A.

    Defendants.

---

## AMENDED ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **January 26th, 2009, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers

by **4:00 p.m. on January 22nd, 2009.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: December 29th, 2008

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior District Judge