IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: April 26, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-01833-RPM

| | |
|---|---|
| ESMERALDA CASTANEDA, | Robert J. Camp |
| JOSHUA J. PETERS, | Dianne Smith |
| ANDREW RUIZ, | |
| ANGELICA GUTIERREZ, | |
| JOANN S. LOPEZ, | |
| MARIANO GALLEGOS, | |
| TIM PRAEUNER, | |
| DAWN ALLMER, | |
| SAMUEL SANCHEZ, | |
| ADAN ABDULLAHI, | |
| AMINO N. GALAL, | |
| ISTAHIL FARAH JAMA, | |
| ABDIRIZAK M. ABDI, | |
| MUHYADIN AU, | |
| MOHAMED HOROR, | |
| HABIBO A. ELMI, | |
| HIBOH. MAALIN, | |
| FAIUMA JAMA,, | |
| BATULA AWL, | |
| SADI M. ADAN, | |
| ABDIRIZAK AHMED, | |
| AHMED ALI GELLE, | |
| HABIBA ABDI, | |
| KURESHA S. NOOR, | |
| MOHAMED ISSE, | |
| MOHAMED A. MOHAMED, | |
| ABDI ABDIRAHMAN, | |
| MOHAMED MOHAMED | |
| MOHAMED BUROW, | |
| ISRAD IBRAHIM, | |
| ABDI JAMA, | |
| ABDIAZIZ OSMAN, | |
| IBRAHIM O. HASSAN, | |
| NUR A. ABDULLAHI, | |
| ABDUL KADIR ALI, | |
| NUR B. SHUBE, | |
| ABDIAMAR BARE, | |
| SUHAN JAMA, | |
| HASSAN FARAH, | |
| NAJIMA HANDULE | |
| AHMED SIRAD ABDI, | |
| ALI ABDI, | |
| ABDULLAHI ABDIVAHMAN, | |
| SALEBAN AHMED, | |
| ABDIMAHAT ALI, | |
| MANUEL GALLEGOU, | |
| ABDIRAHMAN HASSAN, | |

SADIYO HASSAN,
NIMO MOHAMED,
ALI AHMED MUSE,
NIMO OMAR,
ABDUL PATAH,
ASHLEY TAYLOR,
SAHRO JAMA,
FARDOWSA ALI,
IBRAHIM A. IMAN,
AHMED KHLIF,
IRAQ I. ABADE,
MOHAMED F. JAMA and
MOHAMUD MOHAMED AHMED,

    Plaintiffs,

v.

SWIFT BEEF COMPANY,                                           Walter V. Siebert
SWIFT & COMPANY, INC.                                     Kelly K. Robinson
JBS SWIFT & COMPANY and
JBS S.A.

    Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**9:58 a.m.**       **Court in session.**

Court's preliminary remarks.

10:08 a.m.       Statements by Mr. Camp.

10:10 a.m.       Argument by Mr. Siebert.
10:18 a.m.       Argument by Mr. Camp.

**ORDERED:**     **Defendant JBS USA, LLC's Motion for Summary Judgment, filed March 23, 2009 [14], is granted in part with respect to §203(o) and denied in all other respects.**

**ORDERED:**     **Plaintiffs' Opposed Motion for Discovery Pursuant to Fed.R.Civ.P.56(f), filed April 1, 2009 [16], is denied.**

**ORDERED:**     **Plaintiffs' Motion for an Order Conditionally Certifying Class and Permitting Court Supervised Notice to Employees of Their Opt-In Rights, filed April 10, 2009 [19], is reserved.**

April 26, 2010
08-cv-01833-RPM

**ORDERED:** **Plaintiffs' Motion to Strike and Notice of Objection, filed May 4, 2009 [24], is denied.**

Discussion regarding scheduling.

Mr. Siebert agrees to confer with his client regarding waiving the statute of limitations issue as discussed on record.

**ORDERED:** **Scheduling conference set June 4, 2010 at 10:00 a.m.**

**10:32 a.m.** **Court in recess.**

Hearing concluded. Total time: 34 min.