IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01833-RPM

ESMERALDA CASTANEDA,
JOSHUA J. PETERS,
ANDREW RUIZ,
ANGELICA GUTIERREZ,
JOANN S. LOPEZ,
MARIANO GALLEGOS,
TIM PRAEUNER,
DAWN ALLMER and
SAMUEL SANCHEZ,
ADAN ABDULLAHI,
AMINO N. GALAL,
ISTAHIL FARAH JAMA,
ABDIRIZAK M. ABDI,
MUHYADIN AU,
MOHAMED HOROR,
HABIBO A. ELMI,
HIBOH. MAALIN,
FAIUMA JAMA,
BATULA AWL,
SADI M. ADAN,
ABDIRIZAK AHMED,
AHMED ALI GELLE,
HABIBA ABDI,
KURESHA S. NOOR,
MOHAMED ISSE,
MOHAMED A. MOHAMED,
ABDI ABDIRAHMAN,
MOHAMED MOHAMED
MOHAMED BUROW,
ISRAD IBRAHIM,
ABDI JAMA,
ABDIAZIZ OSMAN,
IBRAHIM O. HASSAN,
NUR A. ABDULLAHI,
ABDUL KADIR ALI,
NUR B. SHUBE,
ABDIAMAR BARE,
SUHAN JAMA,
HASSAN FARAH,

NAJIMA HANDULE
AHMED SIRAD ABDI,
ALI ABDI,
ABDULLAHI ABDIVAHMAN,
SALEBAN AHMED,
ABDIMAHAT ALI,
MANUEL GALLEGOU,
ABDIRAHMAN HASSAN,
SADIYO HASSAN,
NIMC MOHAMED,
ALI AHMED MUSE,
NIMO OMAR,
ABDUL PATAH,
ASHLEY TAYLOR,
SAHRO JAMA,
FARDOWSA ALI,
IBRAHIM A. IMAN,
AHMED KHLIF,
IRAQ I. ABADE,
MOHAMED F. JAMA,
MOHAMUD MOHAMED AHMED,

    Plaintiffs,

v.

SWIFT BEEF COMPANY,
SWIFT & COMPANY, INC.
JBS SWIFT & COMPANY and
JBS S.A.

    Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to the hearing today, it is

ORDERED that a scheduling conference will be held on **June 4, 2010, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on May 27, 2010.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: April 26th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge