IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01833-RPM

ESMERALDA CASTANEDA, et al.,

    Plaintiffs,

v.

SWIFT BEEF COMPANY,
SWIFT & COMPANY, INC.
JBS SWIFT & COMPANY and
JBS S.A.

    Defendants.

---

ORDER SETTING TRIAL DATE

---

    Pursuant to the scheduling conference today, it is

    ORDERED that this matter is set for trial to jury on **February 28, 2011, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

    Dated: June 4, 2010

                                                     BY THE COURT:

                                                     s/Richard P. Matsch

                                                     _____
                                                     Richard P. Matsch, Senior District Judge