IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01833-RPM

ESMERALDA CASTANEDA, et al.,

      Plaintiffs,

v.

SWIFT BEEF COMPANY,
SWIFT & COMPANY, INC.
JBS SWIFT & COMPANY and
JBS S.A.

      Defendants.

---

## ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT

---

Upon consideration of the Unopposed Motion for Leave to File First Amended Complaint

[64] filed on October 25, 2010, it is

ORDERED that the motion is granted and the First Amended Complaint tendered as

Document #73 is accepted for filing.

Dated: October 27th, 2010

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge