IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01833-RPM-KLM

ESMERALDA CASTANEDA,
et. al.,

    Plaintiffs,

v.

JBS USA, LLC,

    Defendants.

_____

**ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER TO EXTEND TIME TO DEPOSE SIX OF THE ORIGINAL PLAINTIFFS**

_____

Upon review of the Stipulated Motion of the parties requesting that the Scheduling Order in this case be amended to allow for the taking of six depositions of the original plaintiffs prior to January 7, 2010, it is

ORDERED that the motion is granted and the Scheduling Order is amended to permit the taking of the requested six depositions of the original plaintiffs in accordance with the procedure set forth in the Motion. Such depositions shall be completed prior to January 7, 2011.

So Ordered this 10th day of December, 2010.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge