## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior District Judge Richard P. Matsch

Date:                January 13, 2010
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 08-cv-01833-RPM

ESMERALDA CASTANEDA, et al.,                                Robert J. Camp
                                                            Dianne Smith

        Plaintiffs,

v.

SWIFT BEEF COMPANY, et al.,                                 Walter V. Siebert
                                                            Kelly K. Robinson
        Defendants.
_____

## COURTROOM MINUTES
_____

**Motions Hearing**

**10:57 a.m.      Court in session.**

Court's preliminary remarks.

Mr. Seibert answers questions asked by the Court regarding the CBA process and electing new union representatives.
Mr. Seibert states new representatives were elected but a final new CBA has not yet been ratified.

Argument by Mr. Seibert [71].
Mr. Seibert agrees that defendant's position with respect to the notice does not effect the issue of liability.

**ORDERED:   Defendant Swift Beef Company Motion to Void Consents Filed and to Set New Notice Period with New Notice, filed October 25, 2010 [71], is denied subject to reconsideration.**

11:13 a.m.      Argument by Ms. Robinson [111].

**ORDERED:   Motion for Sanctions Against Plaintiffs Tim Praeuner, Andrew Ruiz, Samuel Sanchez, Joshua Peters, Joann Lopez and Mohamed Horor and Their Counsel, filed December 27, 2010 [111], is denied.**

January 13, 2011
08-cv-01833-RPM

11:19 a.m.         Argument by Mr. Camp.

**Mr. Seibert instructed to produce today draft agreement/letter of understanding to plaintiff.**

**ORDERED:     Plaintiffs' Motion to Compel, filed November 18, 2010 [85], is denied.**

**ORDERED:     Plaintiffs' Opposed Motion to Compel, filed November 30, 2010 [93], is denied.**

**ORDERED:     Plaintiffs' Motion for Extension of Certain Deadlines, filed August 31, 2010 [55], is denied.**

**ORDERED:     Plaintiffs' Motion for Leave to Serve Discovery Outside the Discovery Deadline, filed December 7, 2010 [96], is denied.**

**ORDERED:     Defendants' Motion to Strike Plaintiffs' Expert Witness Disclosure and Addendum to Expert Report Dated November 1, 2010 and to Bar the Testimony of Plaintiffs' Expert Witness William J. Cutler, Jr., filed January 9, 2011 [121], is denied and the <u>Expert Report of William J. Cutler with respect to timeliness is granted</u>.**

**ORDERED:     Plaintiffs' Opposed Motion to Continue Hearing of Defendant's Motion to Strike Plaintiffs' Expert Witness Disclosure and "Addendum to Expert Report Dated November 1, 2010" and to Bar The Testimony of Plaintiffs' Expert Witness William J. Cutler, Jr., filed January 12, 2011 [131], is moot.**

**ORDERED:     Pretrial Conference set February 2, 2011 at 2:00 p.m.
Proposed pretrial order to be submitted directly to chambers in paper by 4:00 p.m. January 31, 2011.
Simultaneous trial briefs due January 31, 2011.
Discovery closed.**

**11:33 a.m.        Court in recess.**

Hearing concluded.  Total time: 36 min.