IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01833-RPM

ESMERALDA CASTANEDA, et al.,

     Plaintiffs,

v.

SWIFT BEEF COMPANY,
SWIFT & COMPANY, INC.
JBS SWIFT & COMPANY and
JBS S.A.

     Defendants.

_____

### ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the hearing today, it is

ORDERED that a pretrial conference is scheduled for **February 2, 2011, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **January 31, 2011.** The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend.

DATED:   January 13th, 2011

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge