IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01833-RPM

ESMERALDA CASTANEDA, et al.,

     Plaintiffs,

v.

JBS USA, LLC,

     Defendant.

_____

ORDER FOR SUPPLEMENTAL BRIEFING
_____

On July 5, 2011, the Tenth Circuit Court of Appeals filed an opinion deciding *Clara E. Salazar; Juanita Ybana v. Butterball, LLC,* No. 10-1154, affirming the grant of summary judgment for the defendant in an FLSA action based on 29 U.S.C. § 203(o). Because of its possible relevance to this action, it is

ORDERED, that on or before July 20, 2011, the parties may file supplemental briefs giving their views of the relevance of this new opinion to the issues in this case.

DATED: July 12th, 2011

                                           BY THE COURT:

                                           s/Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior District Judge