# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                September 29, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 08-cv-01833-RPM

| | |
|---|---|
| ESMERALDA CASTANEDA, et al., | Joseph D. Lane |
| | Robert J. Camp |
| Plaintiffs, | Dianne Smith |
| | Lance H. Swanner |
| v. | |
| JBS USA, LLC., | Walter V. Siebert |
| Defendant. | |

------------------

| | |
|---|---|
| United Food & Commercial Workers Union, Local No. 7, | John P. Bowen |
| Interested Party. | |

_____

## COURTROOM MINUTES
_____

**Pretrial Conference**

**10:00 a.m.**     **Court in session.**

**ORDERED:**   United Food & Commercial Workers Union, Local No. 7 Motion to Amend Motion to Intervene [177], is granted.

Argument by Mr. Bowen [174].
Argument by Mr. Lane.

Mr. Bowen states by agreement the 2010 CBA remains in affect until 2013.

Court expresses its concerns regarding the health and welfare for workers in this industry.

Discussion regarding remedy, gang time concept, union's participation, discovery and Court's 8/1/2011 [166] Order.

Mr. Bowen further states the next union officer election will be held in 2012.

**ORDERED:**   United Food & Commercial Workers Union, Local No. 7 Motion to Intervene [174], is granted to permit the Union's participation in the structure of any remedial orders.
Pretrial conference scheduled October 21, 2011 at 3:00 p.m.
Counsel to submit a proposed discovery plan identifying specific discovery necessary by October 18, 2011.

**10:35 a.m**     **Court in recess.**     Hearing concluded.  Total time:   35 min.