IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01833-RPM

ESMERALDA CASTANEDA, et al.,

      Plaintiffs,

v.

JBS USA, LLC,

      Defendant.

_____

ORDER GRANTING MOTION TO INTERVENE FOR LIMITED PURPOSE
_____

      Pursuant to the hearing held today on the motion to intervene, filed by United Food & Commercial Workers Union Local No. 7 on September 28, 2011, and after hearing counsel for the parties and Mr. John P. Bowen, counsel for the Union, it is

      ORDERED that pursuant to Fed.R.Civ.P. 24, the motion to intervene is granted for the limited purpose of permitting the Intervenor to participate in the formulation of any remedial order that may affect the Collective Bargaining Agreement.

      DATED: September 29th, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____

                                        Richard P. Matsch, Senior District Judge