**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                    October 21, 2011
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 08-cv-01833-RPM

| | |
|---|---|
| ESMERALDA CASTANEDA, et al., | Joseph D. Lane |
| | Robert J. Camp |
| Plaintiffs, | Dianne Smith |
| | Lance H. Swanner |
| v. | |
| JBS USA, LLC., | Walter V. Siebert |
| Defendant. | |

------------------

United Food & Commercial Workers Union, Local No. 7,          John P. Bowen

   Interested Party.
_____

**COURTROOM MINUTES**
_____

**Additional Pretrial Conference**

**2:58 p.m.**     **Court in session.**

Discussion regarding pending motions.

**ORDERED:**   **Plaintiffs' Motion for Order Conditionally Certifying Class [19], is denied.**
              **Defendant's Motion to Void Consents [71], is denied.**
              **Defendant's Motion to Compel Arbitration [182], is denied.**

Discussion regarding videotape time-lines (logs).

Discussion regarding experts.
Counsel are to determine whether experts' qualifications are an issue.

Discussion regarding plaintiff's discovery requests (payroll logs, auto-cad and depositions of videographers.

Court instructs counsel to contact the court when case is ready for a final pretrial conference.

**3:35 p.m**     **Court in recess.**

Hearing concluded.  Total time: 37  min.