IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01833-RPM

ESMERALDA CASTANEDA, et al.,

    Plaintiffs,

v.

JBS USA, LLC,

    Defendant,

## ORDER FOR STATUS REPORT

Pursuant to the Courtroom Minutes [185] for the pretrial conference held on October 21, 2011, it is

ORDERED that counsel shall file a status report on or before September 24, 2012, informing the Court whether this case is ready for a final pretrial conference.

DATED: September 10th, 2012

                BY THE COURT:

                s/ Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge