IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01833-RPM

ESMERALDA CASTANEDA, et al.,

    Plaintiffs,

v.

JBS USA, LLC,

    Defendant.
_____

### ORDER DENYING MOTION TO STAY ARBITRATION
_____

    Upon review of the defendant JBS USA, LLC's motion to stay arbitration, filed June 28, 2013, the Interested Party's opposition, filed July 5, 2013, and the defendant's reply of July 11, 2013, and upon the conclusion that this Court has no jurisdiction to interfere with the exercise of an arbitration pursuant to a collective bargaining agreement, it is

    ORDERED that the motion to stay is denied.

    Dated: July 22, 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____

                                        Richard P. Matsch, Senior District Judge