IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01833-RPM

ESMERALDA CASTANEDA, et al.,

    Plaintiffs,

v.

JBS USA, LLC,

    Defendant,

And

UNITED FOOD AND COMMERCIAL WORKERS LOCAL 7,

    Interested Party.

## ORDER SETTING BRIEFING SCHEDULE

Upon conclusion of the evidence at trial, it is

ORDERED that plaintiffs' closing argument brief shall be filed by October 18, 2013, defendants' response filed by November 8, 2013, plaintiffs' reply filed by November 15, 2013 and interested party Union Food and Commercial Workers Local 7 may file a brief by October 18, 2013.  It is

FURTHER ORDERED that oral arguments are set for hearing on January 3, 2014 at 10:00 a.m., in Courtroom A., Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: August 28th, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge