# IN THE UNITED STATES DISTRICT COURT FOR COLORADO

## CIVIL ACTION NO. 08-cv-01833-RPM-KLM

**ESMERALDA CASTANEDA, et al.,**

    **Plaintiffs,**

**v.**

**JBS USA, LLC.,**

    **Defendants.**

_____

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR THREE DAY EXTENSION OF TIME TO SUBMIT REPLY TO DEFENDANT'S CLOSING ARGUMENT RESPONSE

_____

This matter comes before the Court on Plaintiffs' Unopposed Motion for Three Day Extension of Time to Submit Reply to Defendant's Closing Argument Response Brief.

The Court having reviewed the Motion and being fully advised in the premises hereby grants the Motion and modifies the Order Setting Briefing Schedule [Doc. 213] to permit Plaintiffs until November 25, 2013, to submit their reply brief.

**DATED** this 21st day of November, 2013.

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    United States District Judge