IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01833-RPM

ESMERALDA CASTANEDA, et al.,

    Plaintiffs,

v.

JBS USA, LLC,

    Defendant,

And

UNITED FOOD AND COMMERCIAL WORKERS LOCAL 7,

    Interested Party.

_____

ORDER DENYING MOTION TO FILE SUPPLEMENTAL BRIEF
_____

Upon consideration of Plaintiffs' Motion for Leave to File a Supplemental Brief Regarding the Significance of *Sandifer, et al v. United States Steel Corp.* (S.Ct., Decided January 27, 2014) [Doc. 228], it is

ORDERED that the motion is denied.

DATED: March 12th, 2014

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge