IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01833-RPM

ESMERALDA CASTANEDA, et al.,

    Plaintiffs,

v.

JBS USA, LLC,

    Defendant,

And

UNITED FOOD AND COMMERCIAL WORKERS LOCAL NO. 7,

    Interested Party.

_____

## JUDGMENT
_____

Pursuant to the Memorandum Opinion and Order entered by Senior District Judge Richard P. Matsch on May 6, 2014, it is

ORDERED AND ADJUDGED that judgment is entered for the defendant JBS USA, LLC, and against all plaintiffs. This civil action is dismissed. Defendant is awarded costs upon the filing of a bill of costs within 14 days.

DATED: May 6, 2014

                FOR THE COURT:

                JEFFREY P. COLWELL, Clerk

                      s/M. V. Wentz
            By_____
                      Deputy