**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
_____

**March 31, 2016**

**Elisabeth A. Shumaker**
**Clerk of Court**

| | |
|---|---|
| ESMERALDA CASTANEDA; JOSHUA J. PETERS; ANDREW RUIZ; ANGELICA GUTIERREZ; JOANN S. LOPEZ; MARIANO GALLEGOS; TIM PRAEUNER; DAWN ALLMER; SAMUEL SANCHEZ; ADAN ABDULLAHI; AMINO N. GALAL; ISTAHIL FARAH JAMA; ABDIRIZAK M. ABDI; MUHYADIN AU; MOHAMED HOROR; HABIBO A. ELMI; HIBO H. MAALIN; FAIUMA JAMA; BATULA AWL; SADI M. ADAN; ABDIRIZAK AHMED; AHMED ALI GELLE; HABIBA ABDI; KURESHA S. NOOR; MOHAMED ISSE; MOHAMED A. MOHAMED; ABDI ABDIRAHMAN; MOHAMED MOHAMED; MOHAMED BUROW; ISRAD IBRAHIM; ABDI JAMA; ABDIAZIZ OSMAN; IBRAHIM O. HASSAN; NUR A. ABDULLAHI; ABDUL KADIR ALI; NUR B. SHUBE; ABDIAMAR BARE; SUHAN JAMA; HASSAN FARAH; NAJIMA HANDULE; AHMED SIRAD ABDI; ALI ABDI; ABDULLAHI ABDIVAHMAN; SALEBAN AHMED; ABDIMAHAT ALI; MANUEL GALLEGOU; ABDIRAHMAN HASSAN; SADIYO HASSAN; NIMC MOHAMED; ALI AHMED MUSE; NIMO OMAR; ABDUL PATAH; ASHLEY TAYLOR; SAHRO JAMA; FARDOWSA ALI; IBRAHIM A. IMAN; AHMED KHALIF; IRAQ I. ABADE; MOHAMED F. JAMA; MOHAMUD MOHAMED AHMED; ANAB ABDI; HAJI ALI MOHAMUD; KAMAL SALAH; FARDOWSA ANSHUR; SAHRA NUR; TAJIR HERSI, | Nos. 14-1217 & 14-1221 (D.C. No. 1:08-CV-01833-RPM) (D. Colo.) |

Plaintiffs - Appellants /
Cross-Appellees,

v.

JBS USA, LLC,

Defendant - Appellee / Cross-Appellant,

and

SWIFT BEEF COMPANY; SWIFT &
COMPANY, INC.; JBS SWIFT &
COMPANY; JBS S.A.,

Defendants.

_____

**JUDGMENT**
_____

Before **KELLY**, **HARTZ**, and **GORSUCH**, Circuit Judges.
_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk